**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| KIPP FLORES ARCHITECTS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:21-cv-00673 |
| | § | |
| PRADERA SFR, LLC, AMERICAN | § | Jury Trial Demanded |
| HOUSING VENTURES, LLC | § | |
| and KTGY GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## COMPLAINT

Plaintiff Kipp Flores Architects, LLC ("KFA") complains of Defendants Pradera SFR, LLC ("Pradera SFR"), American Housing Ventures, LLC ("AHV"), and KTGY Group, Inc. ("KTGY"). For its causes of action, KFA shows the following:

### THE PARTIES

1.      KFA is a Texas Limited Liability Corporation.

2.      Pradera SFR is a Delaware Limited Liability Corporation that is qualified to do business in this state. Service of process may be had upon its registered agent, CT Corporate System, 1999 Bryan Street, Suite 900, Dallas, Texas 75210-3136.

3.      AHV is a Delaware Limited Liability Corporation that is qualified to do business in this state. Service of process may be had upon its registered agent, Capitol Corporate Services, Inc., 206 E.9th Street, Suite 1300, Austin, Texas 78701-4411.

4.      KTGY is a California corporation that is qualified to do business in this state. Service of process may be had upon its registered agent, Registered Agents, Inc. 5900 Balcones Drive, Suite 100, Austin, Texas 78731-0000.

## JURISDICTION AND VENUE

5.    This is copyright infringement action.  This court has exclusive federal jurisdiction over the subject matter of Plaintiff's claim under 28 U.S.C. § 1338.

6.    Venue in this District is proper under 28 U.S.C. § 1400(a) because each defendant may be found in this district.

## FACTUAL BACKGROUND

Parties

7.    KFA is an architecture firm in the business of creating "architectural works" (as that term is used in Title 17, United States Code) and licensing the use of architectural works and technical drawings depicting such architectural works that have been created by KFA.

8.    Pradera SFR is a real estate developer, which owns and operates a real estate development in San Antonio, Texas that is known as Pradera, located at 11631 Culebra Road, San Antonio, Texas.

9.    AHV is a real estate developer.  Pursuant to an April 13, 2017 Development Agreement with Pradera SFR, AHV has been involved with the development, design, construction, and marketing of Pradera.

10.    KTGY is an architectural firm that generated and sealed the construction plans for the buildings constructed in Pradera, including the plans for the particular houses at issue in this suit.

11.    At all material times, Pradera SFR has had the power and ability to supervise and control the activities of AHV and KTGY that are related to Pradera, including the activities of those parties that are complained of herein.

12.     At all material times, Pradera SFR has had a financial interest in Pradera and in the activities of AHV and KTGY that are related to Pradera, including the activities of those parties that are complained of herein.

13.     At all material times, AHV has had the power and ability to supervise and control the activities of KTGY that are related to Pradera, including the activities of KTGY that are complained of herein.

14.     At all material times, AHV has had a financial interest in Pradera and in the activities of KTGY that are related to Pradera, including the activities of KTGY that are complained of herein.

<u>Works in Suit</u>

15.     KFA is owner of all copyrights in the following architectural works and in certain technical drawings depicting such architectural works:

   a.   Plan 1536.  KFA has registered its copyrights in this architectural work, as evidenced by Certificates of Registration No. VA 2-219-452.

   b.   Plan 1529.  KFA has registered its copyrights in this architectural work and technical drawings depicting it, as evidenced by Certificates of Registration No. VA 2-258-580 and VA 2-258-582.   Plan 1529 is a derivative of Plan 1536.

These works will hereinafter be referred to as the "Copyrighted Works."

16.     Each of the Copyrighted Works is an original work that is copyrightable subject matter under federal law.   Each work constitutes and contains material wholly original to Plaintiff, including the overall look and feel of the works, and the selection and arrangement of the constituent parts of the work.

### KFA-AHV Relationship

17.     In January 2016, KFA and AHV executed a license agreement for the use of certain KFA works, including the Copyrighted Works, in the Austin, Texas market. This agreement included AHV's agreement and acknowledgement that KFA was the sole owner of all copyrights in the works being licensed, including the Copyrighted Works. Pursuant to this license agreement, AHV obtained copies of the Copyrighted Works from KFA, and used them for an AHV project in Pflugerville, Texas known as Legacy, and a project in Georgetown, Texas known as River's Edge.

18.     In January 2017, AHV contacted KFA and advised KFA that it "was looking to use the homes at Georgetown and Pflugerville" in a proposed development in San Antonio.  This proposed development is what became Pradera.

19.     In connection with the Pradera project, AHV created and distributed copies of the Copyrighted Works to Pradera SFR.

20.     On information and belief, in connection with the Pradera project, AHV and Pradera SFR created and distributed copies of the Copyrighted Works to third parties.

21.     KFA and Pradera SFR subsequently executed an agreement licensing Pradera SFR's use of KFA's design for the amenities center at Pradera.  However, the parties never reached an agreement regarding a license of KFA's residential designs (including the Copyrighted Works) at Pradera.

22.     On November 20, 2017, by e-mail from Sabas Flores, KFA advised AHV that there was not any executed agreement for the use of certain KFA residential designs (including the Copyrighted Works) for Pradera, and sent AHV a proposed license agreement.

23.     AHV declined KFA's invitation to license KFA's residential designs works (including the Copyrighted Works) for Pradera, with AHV principal Spencer Rinker informing KFA by e-mail dated November 21, 2017 that AHV "ended up hiring a different architect that is designing different plans for Pradera."

24.     This "different architect" referenced by Mr. Rinker was KTGY.

25.     KFA has not licensed Pradera SFR, AHV, KTGY, or any other party to reproduce, distribute, or otherwise use the Copyrighted Works in connection with Pradera.

26.     At the instigation of AHV and/or Pradera SFR, KTGY created plans for the houses to be built at Pradera.

27.     AHV had creative input into the design of the houses shown in the KTGY plans for Pradera.

28.     Pradera SFR had creative input into the design of the houses shown in the KTGY plans for Pradera.

29.     On information and belief, AHV and/or Pradera SFR reproduced the Copyrighted Works and distributed such copies to KTGY.

30.     KFA subsequently discovered that some of the houses being built at Pradera are copies and/or derivatives of KFA's designs.  At issue in this lawsuit is a residential design at Pradera known as the "Bluebonnet" (a/k/a Prototype Plan 2).

31.     On information and belief, AHV and/or Pradera SFR directed KTGY to redraw of the Copyrighted Works with certain changes to create the "Bluebonnet" design.

32.     KTGY generated the construction drawings (the "Subject Plans") for each of the "Bluebonnet" houses at Pradera.

33.     AHV and Pradera SFR have each generated, or caused to be generated, marketing materials containing nonpictorial representations of "Bluebonnet" houses at Pradera (the "Marketing Materials").  One example of the Marketing Materials is at https://livepradera.com/floorplans/bluebonnet/.

34.     KTGY, AHV, and Pradera SFR have each distributed, or caused to be distributed, copies of the Subject Plans to numerous parties, including governmental authorities, engineers, consultants, subcontractors, and materials suppliers.

35.     AHV and Pradera SFR have each distributed, and/or caused to be distributed, and continue to distribute, the Marketing Materials, including by distribution on the internet.   One example of such distribution is through the webpage at https://livepradera.com/floorplans/bluebonnet/.

36.     The creation and distribution of the Marketing materials by AHV and Pradera SFR was done and is being done in the course of each of their advertising activities for Pradera.

37.     AHV and Pradera SFR have constructed, and/or caused to be constructed, 138 "Bluebonnet" houses at Pradera.

38.     AHV and Pradera SFR have rented, or caused to be rented, 138 "Bluebonnet" houses at Pradera, and continue to rent "Bluebonnet" houses at Pradera.

39.     AHV and Pradera SFR have used, and continue to use, constructed "Bluebonnet" houses as instruments of advertising for Pradera, and have used such constructed houses in the course of each of their advertising activities for Pradera.

40.     On information and belief, these advertising activities have resulted in and will result in the rentals of "Bluebonnet" houses in Pradera.

41.     The design of the "Bluebonnet" architectural work depicted in the Subject Plans, Marketing Materials, and "Bluebonnet" houses have each copied original expressions of the Copyrighted Works, including the overall look and feel of the works and the selection and arrangement of the constituent parts of the works.

42.     The design of the "Bluebonnet" architectural work depicted in the Subject Plans, Marketing Materials, and "Bluebonnet" houses is substantially similar to the Copyrighted Works.

43.     By virtue of its earlier contract with KFA, as well as KFA's copyright notices and copyright management information on the copies of the Copyrighted Works, AHV was aware of KFA's copyrights in the Copyrighted Works, and that it did not have any license from KFA to use the Copyrighted Works in connection with Pradera.  Despite having such knowledge, AHV induced, caused, or materially contributed to the activities of KTGY and Pradera SFR that are described above.

44.     On information and belief, KTGY was aware of KFA's copyrights in the Copyrighted Works by virtue of KFA's copyright notices and copyright management information on the copies of the Copyrighted Works, and that it did not have any license from KFA to use the Copyrighted Works.  Despite having such knowledge, KTGY induced, caused, or materially contributed to the activities of AHV and Pradera SFR that are described above.

### COUNT I: COPYRIGHT INFRINGEMENT

45.      KFA complains of all defendants for copyright infringement, and incorporates paragraphs 1-44 by reference.

46.     The reproduction of the Copyrighted Works by AHV and/or Pradera SFR in connection with the Pradera project violated KFA's exclusive rights to reproduce the Copyrighted Works, and thus has infringed KFA's copyrights in the Copyrighted Works.

47.      The distribution of copies of the Copyrighted Works by AHV and/or Pradera SFR in connection with the Pradera project violated KFA's exclusive rights to distribute the Copyrighted Works, and thus has infringed KFA's copyrights in the Copyrighted Works.

48.     The construction of Bluebonnet houses in Pradera by AHV and/or Pradera SFR has violated KFA's exclusive rights to reproduce the Copyrighted Works and create derivatives of the Copyrighted Works, and thus has infringed KFA's copyrights in the Copyrighted Works.

49.     The rentals of Bluebonnet houses in Pradera by AHV and/or Pradera SFR has violated and continues to violate KFA's exclusive rights to distribute the Copyrighted Works, and thus has infringed and continues to infringe KFA's copyrights in the Copyrighted Works.

50.     KTGY's creation of the Subject Plans has violated KFA's exclusive rights to reproduce the Copyrighted Works and create derivatives of the Copyrighted Works, and thus has infringed KFA's copyrights in the Copyrighted Works.

51.     All defendants' distribution of the Subject Plans has violated and continues to violate KFA's exclusive rights to distribute the Copyrighted Works, and thus has infringed and continues to infringe KFA's copyrights in the Copyrighted Works.

52.     The creation of the Marketing Materials by AHV and/or Pradera SFR has violated KFA's exclusive rights to reproduce the Copyrighted Works and create

derivatives of the Copyrighted Works, and thus has infringed KFA's copyrights in the Copyrighted Works.

53.     The distribution of the Marketing Materials by AHV and/or Pradera SFR has violated and continues to violate KFA's exclusive rights to distribute the Copyrighted Works, and thus has infringed and continues to infringe KFA's copyrights in the Copyrighted Works.

54.     Pursuant to 17 U.S.C. § 504(b), each defendant is liable to KFA for its own profits associated with the activities described above.

55.     Pradera SFR is vicariously liable for all acts of copyright infringement committed by AHV, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against AHV.

56.     Pradera SFR is vicariously liable for all acts of copyright infringement committed by KTGY, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against KTGY.

57.     AHV is vicariously liable for all acts of copyright infringement committed by KTGY, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against KTGY.

58.     AHV is contributorily liable for all acts of copyright infringement committed by Pradera SFR, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against Pradera SFR.

59.     AHV is contributorily liable for all acts of copyright infringement committed by KTGY, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against KTGY.

60.     KTGY is contributorily liable for all acts of copyright infringement committed by Pradera SFR, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against Pradera SFR.

61.     KTGY is contributorily liable for all acts of copyright infringement committed by AHV, and as such is jointly and severally liable for any award for copyright infringement entered in favor of KFA against AHV.

62.     In addition, KFA is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502 prohibiting defendants from further infringement of KFA's copyrights, including but not limited to the further rentals or sales of Bluebonnet houses at Pradera, the further distribution of the Subject Plans, and the further distribution of the Marketing Materials.

63.     Furthermore, this Court should issue an order pursuant to 17 U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works, Subject Plans, and Marketing Materials in possession of defendants or their agents or contractors that infringe KFA's copyrights during the pendency of this lawsuit; and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies.

## CONDITIONS PRECEDENT

64.     KFA generally avers that all conditions precedent to its rights of recovery have occurred or have been performed, or have been waived or excused by defendants.

## JURY DEMAND

65.     Pursuant to Federal Rule of Civil Procedure 38, KFA demands trial by jury on all issues so triable.

WHEREFORE, PREMISES CONSIDERED, Kipp Flores Architects LLC prays that defendants cited to appear and answer, and that upon final trial it have and recover from defendants as set forth above, that it have injunctive relief and other relief against defendants as requested herein, and that it have such and other relief as it may show itself to be entitled.

Respectfully submitted,

/s/ Louis K. Bonham
Louis K. Bonham
State Bar No. 02597700
bonham@obwbip.com
Peter C. Schechter
Schechter@obwbip.com
State Bar No. 24090761
Califf Cooper
State Bar No. 24055345
Cooper@obwbip.com
Osha Bergman Watanabe & Burton L.L.P.
909 Fannin, Suite 3500
Houston, Texas 77010
(512) 480-0667 (Telephone)
(713) 228-8778 (Facsimile)


ATTORNEYS FOR PLAINTIFF
KIPP FLORES ARCHITECTS LLC